MR. ABEL ACOSTA, CLERK
COURT OF CRIM. APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TX. 78711

66,132-05

AUG. 9, 2015

Re: WR-66,132-05
TRIAL COURT CAUSE No. 18451-C

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk

DEAR MR. ACOSTA:

I'M IN RECEIPT OF A COPY OF YOUR LETTER DATED JULY 30, 2015 TO THE DISTRICT JUDGE IN THE ABOVE WRIT AND CAUSE NUMBER.

THE ABOVE COPY WAS FORWARDED TO ME FROM MY PREVIOUS TDCJ LOCATION.

PLEASE BE ADVISED OF MY PRESENT TDCJ LOCATION LISTED BELOW.

THANKS FOR YOUR TIME.

LARRY W. SAMFORD
RAMSEY I UNIT
1100 FM 655
ROSHARON, TX. 77583